B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Free and Clear Holding Company II LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **27-5447702** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **4262 Blue Diamond Road Building 102, Suite 120, Las Vegas, NV** ZIP Code **89139** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Free and Clear Holding Company II LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________________

(Name of landlord that obtained judgment)

______________________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Free and Clear Holding Company II LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X **/s/ Christina A. DiEdoardo NV BAR**
Signature of Attorney for Debtor(s)

**Christina A. DiEdoardo NV BAR 9543**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF CHRISTINA DiEDOARDO**
Firm Name

**201 Spear Street #1100**
**San Francisco, CA 94105**

Address

**Email: christina@diedoardolaw.com**
**415-839-5098**
Telephone Number

**April 6, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Garth Johnson**
Signature of Authorized Individual

**Garth Johnson**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**April 6, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC** Debtor(s)

Case No. ______

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABN AMRO Mortgage Group<br>1201 E. Lincoln<br>Madison Heights, MI 48071** | **ABN AMRO Mortgage Group<br>1201 E. Lincoln<br>Madison Heights, MI 48071** | **11710 Chetman Drive A&B Houston Texas 77065** | **Disputed** | **Unknown<br><br>(114,154.00 secured)** |
| **Accredited Home Lenders Inc<br>16550 W. Bernardo Drive Bldg 1<br>San Diego, CA 92127** | **Accredited Home Lenders Inc<br>16550 W. Bernardo Drive Bldg 1<br>San Diego, CA 92127** | **901 East Austin Avenue Round Rock Texas 78664** | **Disputed** | **Unknown<br><br>(243,788.00 secured)** |
| **Adwen Street 7137 Land Trust□<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road<br>Building 102<br>Suite 120<br>Las Vegas, NV 89139** | **Adwen Street 7137 Land Trust□<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Las Vegas, NV 89139** | **7137 Adwen Street Downey, CA 90241** | | **Unknown<br><br>(347,100.00 secured)** |
| **Ageis Wholesale Corporation<br>3010 Briarpark Drive #700<br>Houston, TX 77042** | **Ageis Wholesale Corporation<br>3010 Briarpark Drive #700<br>Houston, TX 77042** | **1874 Petaluma Drive Chula Vista California 91913** | **Disputed** | **Unknown<br><br>(407,288.00 secured)** |
| **Ageis Wholesale Corporation<br>3010 Briarpark Drive #700<br>Houston, TX 77042** | **Ageis Wholesale Corporation<br>3010 Briarpark Drive #700<br>Houston, TX 77042** | **1320 Kenmore Avenue Los Angeles California 90027** | **Disputed** | **Unknown<br><br>(363,479.00 secured)** |
| **Alerion Street 80 Land Trust<br>c/o Free and Clear Holding Co<br>4262 Blue Diamond Road<br>Building 102<br>Suite 120<br>Las Vegas, NV 89139** | **Alerion Street 80 Land Trust<br>c/o Free and Clear Holding Co<br>4262 Blue Diamond Road Building 102<br>Las Vegas, NV 89139** | **80 Alerion Street, Las Vegas, NV 89138** | | **Unknown<br><br>(254,937.00 secured)** |
| **Alliance Mortgage Company<br>2112 Business Center Drive<br>Irvine, CA 92612** | **Alliance Mortgage Company<br>2112 Business Center Drive<br>Irvine, CA 92612** | **408 East 120th Street Los Angeles Los Angeles California 90061** | **Disputed** | **Unknown<br><br>(107,745.00 secured)** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

4/06/11 10:38PM

B4 (Official Form 4) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC** Case No. ______________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **America's Servicing Co.<br>8495 New Horizon Way<br>Frederick, MD 21703-8388** | **America's Servicing Co.<br>8495 New Horizon Way<br>Frederick, MD 21703-8388** | **3445 West Avenue N-3 Palmdale California 93551** | **Disputed** | **Unknown<br><br>(289,000.00 secured)** |
| **America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410** | **America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410** | **580-582 North Windsor Boulevard Los Angeles California 90004** | **Disputed** | **Unknown<br><br>(312,906.00 secured)** |
| **American Brokers Conduit<br>520 Broadhollow Road<br>Melville, NY 11747** | **American Brokers Conduit<br>520 Broadhollow Road<br>Melville, NY 11747** | **2025 Harrier Court Thousand Oaks California 91320** | **Disputed** | **Unknown<br><br>(518,823.00 secured)** |
| **American Brokers Conduit<br>520 Broadhollow Road<br>Melville, NY 11747** | **American Brokers Conduit<br>520 Broadhollow Road<br>Melville, NY 11747** | **1320 Kenmore Avenue Los Angeles California 90027** | **Disputed** | **Unknown<br><br>(363,479.00 secured)** |
| **American Home Key<br>3131 McKinney Avenue Suite 400<br>Dallas, TX 75204** | **American Home Key<br>3131 McKinney Avenue Suite 400<br>Dallas, TX 75204** | **9222 Marshall Street Rosemead California 91770** | **Disputed** | **Unknown<br><br>(147,219.00 secured)** |
| **Ashton Drive 3312 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | **Ashton Drive 3312 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Las Vegas, NV 89139** | **3312 Ashton Drive Moore Oklahoma 73160** | | **Unknown<br><br>(151,915.00 secured)** |
| **Aurora Loan Services<br>1000 N. West Street Suite 200<br>Wilmington, DE 19801** | **Aurora Loan Services<br>1000 N. West Street Suite 200<br>Wilmington, DE 19801** | **3841 Daisy Street #17 Las Vegas NV 89119** | **Disputed** | **Unknown<br><br>(21,566.00 secured)** |
| **Axiom Financial Services<br>16550 W. Bernardo Drive Bldg 1<br>San Diego, CA 92127** | **Axiom Financial Services<br>16550 W. Bernardo Drive Bldg 1<br>San Diego, CA 92127** | **901 East Austin Avenue Round Rock Texas 78664** | **Disputed** | **Unknown<br><br>(243,788.00 secured)** |
| **BAC Home Loan Servicng<br>400 Countrywide Way<br>Simi Valley, CA 93065** | **BAC Home Loan Servicng<br>400 Countrywide Way<br>Simi Valley, CA 93065** | **9056 Blue Flag Street Corona California 92883** | **Disputed** | **Unknown<br><br>(247,540.00 secured)** |
| **BAC Home Loan Servicng<br>400 Countrywide Way<br>Simi Valley, CA 93065** | **BAC Home Loan Servicng<br>400 Countrywide Way<br>Simi Valley, CA 93065** | **9222 Marshall Street Rosemead California 91770** | **Disputed** | **Unknown<br><br>(147,219.00 secured)** |
| **Bac Home Loans Servici<br>P.O. Box 650070<br>Dallas, TX 75265** | **Bac Home Loans Servici<br>P.O. Box 650070<br>Dallas, TX 75265** | **1874 Petaluma Drive Chula Vista California 91913** | **Disputed** | **Unknown<br><br>(407,288.00 secured)** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC** Case No. ______

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Bac Home Loans Servici<br>P.O. Box 650070<br>Dallas, TX 75265** | **Bac Home Loans Servici<br>P.O. Box 650070<br>Dallas, TX 75265** | **1320 Kenmore Avenue Los Angeles California 90027** | **Disputed** | **Unknown<br><br>(363,479.00 secured)** |
| **Secured Assets Group<br>4262 Blue Diamond Road Bldg 102 #211<br>Las Vegas, NV 89139** | **Secured Assets Group<br>4262 Blue Diamond Road Bldg 102 #211<br>Las Vegas, NV 89139** | **Attorney's fees for Chapter 11 filing** | | **15,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 6, 2011** Signature **/s/ Garth Johnson**

**Garth Johnson**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 14,029,527.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 45 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 15,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| | | Total Assets | 14,029,527.00 | | |
| | | | Total Liabilities | 15,000.00 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6A (Official Form 6A) (12/07)

In re **Free and Clear Holding Company II LLC**, Case No. ______________
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 7137 Adwen Street Downey, CA 90241 | 1/8th | - | 347,100.00 | Unknown |
| 2025 Harrier Court Thousand Oaks California 91320 | 1/8th | - | 518,823.00 | Unknown |
| 652-654-656 West California Avenue Glendale California 91203 | 1/8th | - | 21,798.00 | Unknown |
| 13080 Seventeenth Street Chino California 91710 | 1/8th | - | 217,307.00 | Unknown |
| 2516 Virginia Avenue #B Santa Monica California 90404 | 1/8th | - | 159,896.00 | Unknown |
| 4542 West 134th Street Hawthorne California 90250 | 1/8th | - | 318,682.00 | Unknown |
| 408 East 120th Street Los Angeles Los Angeles California 90061 | 1/8th | - | 107,745.00 | Unknown |
| 785 Saint Michael Way Salinas Monterey California 93905 | 1/8th | - | 165,000.00 | Unknown |
| 106 Desert Willow Lane Unit B Mesquite Nevada 89027 | 1/8th | - | 77,906.00 | Unknown |
| 3268 Twelve Oaks Boulevard Clarksville TN 37042 | 1/8th | - | 201,700.00 | Unknown |
| 3312 Ashton Drive Moore Oklahoma 73160 | 1/8th | - | 151,915.00 | Unknown |
| 410 Pinebrook Circle Brandon Mississippi 39047 | 1/8 | - | 147,810.00 | Unknown |
| 594 Pinto Mesa Drive Diamond Bar California 91765 | 1/8th | - | 275,053.00 | Unknown |
| 7508 Taylor Road Jacksonville Florida 32222 | 1/8th | - | 148,160.00 | Unknown |
| 11710 Chetman Drive A&B Houston Texas 77065 | 1/8th | - | 114,154.00 | Unknown |
| 5808 Tyringham Road Bakersfield California 93313 | 1/8th | - | 169,000.00 | Unknown |
| | | Sub-Total > | 3,142,049.00 | (Total of this page) |

2 continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6A (Official Form 6A) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ________

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 9056 Blue Flag Street Corona California 92883 | 1/8th | - | 247,540.00 | Unknown |
| 3841 Daisy Street #17 Las Vegas NV 89119 | 1/8th | - | 21,566.00 | Unknown |
| 5837 Cohasset Way San Jose California 95123 | 1/8th | - | 465,000.00 | Unknown |
| 5110 East Pine Avenue Fresno California 93727 | 1/8th | - | 102,000.00 | Unknown |
| 9222 Marshall Street Rosemead California 91770 | 1/8th | - | 147,219.00 | Unknown |
| 9228 Marshall Street Rosemead California 91770 | 1/8th | - | 286,375.00 | Unknown |
| 1874 Petaluma Drive Chula Vista California 91913 | 1/8th | - | 407,288.00 | Unknown |
| 901 East Austin Avenue Round Rock Texas 78664 | 1/8th | - | 243,788.00 | Unknown |
| 1320 Kenmore Avenue Los Angeles California 90027 | 1/8th | - | 363,479.00 | Unknown |
| 9454 Calle Tampico Riverside California 92503 | 1/8th | - | 159,000.00 | Unknown |
| 1440 Dunswell Avenue Hacienda Heights California 91745 | 1/8th | - | 508,900.00 | Unknown |
| 1525 Walnut Leaf Drive #106 Walnut California 91789 | 1/8th | - | 206,800.00 | Unknown |
| 1874 East California Boulevard San Marino California 91108 | 1/8th | - | 1,439,400.00 | Unknown |
| 2147 Wind River Lane Rowland Heights California 91748 | 1/8 | - | 1,008,210.00 | Unknown |
| 2828 Richfield Boulevard Henderson Nevada 89102 | 1/8th | - | 46,409.00 | Unknown |
| 716 Caballo Hills Avenue North Las Vegas Nevada 89081 | 1/8th | - | 110,849.00 | Unknown |
| 17151 Barneston Street Granada Hills California 91344 | 1/8th | - | 506,100.00 | Unknown |
| 3445 West Avenue N-3 Palmdale California 93551 | 1/8th | - | 289,000.00 | Unknown |
| | | Sub-Total > | 6,558,923.00 | (Total of this page) |

Sheet 1 of 2 continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re **Free and Clear Holding Company II LLC**, Case No. ____________

Debtor

# SCHEDULE A - REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **15386 Rochelle Street Fontana California 92336** | **1/8** | **-** | **317,657.00** | **Unknown** |
| **6669 Vianza Place Rancho Cucamonga California 91739** | **1/8th** | **-** | **321,631.00** | **Unknown** |
| **1655 South Highland Avenue Los Angeles California 90019** | **1/8th** | **-** | **640,000.00** | **Unknown** |
| **18348 Wisteria Street Hesperia California 92345** | **1/8th** | **-** | **72,632.00** | **Unknown** |
| **659 East Foothill Boulevard Glendora California 91741** | **1/8th** | **-** | **181,348.00** | **Unknown** |
| **3323 Morning Light Drive Dallas Texas 75228** | **1/8th** | **-** | **79,450.00** | **Unknown** |
| **2421 Sturrock Drive Henderson Nevada 89044** | **1/8th** | **-** | **181,511.00** | **Unknown** |
| **2455 Spruce Street San Bernardino California 92410** | **1/8th** | **-** | **61,900.00** | **Unknown** |
| **1005 North Ferger Avenue Fresno California 93728** | **1/8th** | **-** | **141,700.00** | **Unknown** |
| **14362 Sequoia Road Canyon Country California 91387** | **1/8th** | **-** | **375,000.00** | **Unknown** |
| **19054 Eccles Street Northridge California 91324** | **1/8th** | **-** | **212,533.00** | **Unknown** |
| **14734 Brink Avenue Norwalk California 90650** | **1/8** | **-** | **201,945.00** | **Unknown** |
| **4308 West 10th Street Lawndale California 90012** | **1/8th** | **-** | **598,242.00** | **Unknown** |
| **580-582 North Windsor Boulevard Los Angeles California 90004** | **1/8th** | **-** | **312,906.00** | **Unknown** |
| **16279 Medinah Street Fontana California 92336** | **1/8th** | **-** | **279,100.00** | **Unknown** |
| **6539 Pimlico Place Corona California 92880** | **1/8th** | **-** | **351,000.00** | **Unknown** |

Sub-Total > **4,328,555.00** (Total of this page)

Total > **14,029,527.00**

(Report also on Summary of Schedules)

Sheet **2** of **2** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

4/06/11 10:38PM

B6B (Official Form 6B) (12/07)

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | **NONE** | | - | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | **NONE** | | - | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **NONE** | | - | **0.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | **NONE** | | - | **0.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **NONE** | | - | **0.00** |
| 6. Wearing apparel. | **NONE** | | - | **0.00** |
| 7. Furs and jewelry. | **NONE** | | - | **0.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | **NONE** | | - | **0.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | **NONE** | | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | **NONE** | | - | **0.00** |

Sub-Total > **0.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6B (Official Form 6B) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ______________
Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | NONE | | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | NONE | | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | NONE | | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | NONE | | - | 0.00 |
| 16. Accounts receivable. | NONE | | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | NONE | | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | NONE | | - | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | - | 0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | NONE | | - | 0.00 |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ____________
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | NONE | | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | NONE | | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | NONE | | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | NONE | | - | 0.00 |
| 26. Boats, motors, and accessories. | NONE | | - | 0.00 |
| 27. Aircraft and accessories. | NONE | | - | 0.00 |
| 28. Office equipment, furnishings, and supplies. | NONE | | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | NONE | | - | 0.00 |
| 30. Inventory. | NONE | | - | 0.00 |
| 31. Animals. | NONE | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | NONE | | - | 0.00 |
| 33. Farming equipment and implements. | NONE | | - | 0.00 |
| 34. Farm supplies, chemicals, and feed. | NONE | | - | 0.00 |
| 35. Other personal property of any kind not already listed. Itemize. | NONE | | - | 0.00 |

Sub-Total > 0.00
(Total of this page)
Total > 0.00

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Free and Clear Holding Company II LLC** , Case No. ______
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**ABN AMRO Mortgage Group**<br>**1201 E. Lincoln**<br>**Madison Heights, MI 48071** | | - | **11710 Chetman Drive A&B Houston Texas 77065**<br>Value $ **114,154.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Accredited Home Lenders Inc**<br>**16550 W. Bernardo Drive Bldg 1**<br>**San Diego, CA 92127** | | - | **901 East Austin Avenue Round Rock Texas 78664**<br>Value $ **243,788.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Adwen Street 7137 Land Trust□□**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **7137 Adwen Street Downey, CA 90241**<br>Value $ **347,100.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Ageis Wholesale Corporation**<br>**3010 Briarpark Drive #700**<br>**Houston, TX 77042** | | - | **1874 Petaluma Drive Chula Vista California 91913**<br>Value $ **407,288.00** | | | X | **Unknown** | **Unknown** |
| **44** continuation sheets attached | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Ageis Wholesale Corporation<br>3010 Briarpark Drive #700<br>Houston, TX 77042** | | - | **1320 Kenmore Avenue Los Angeles California 90027**<br>Value $ **363,479.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Alerion Street 80 Land Trust<br>c/o Free and Clear Holding Co<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **80 Alerion Street, Las Vegas, NV 89138**<br>Value $ **254,937.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Alliance Mortgage Company<br>2112 Business Center Drive<br>Irvine, CA 92612** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br>Value $ **107,745.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**America's Servicing Co.<br>8495 New Horizon Way<br>Frederick, MD 21703-8388** | | - | **3445 West Avenue N-3 Palmdale California 93551**<br>Value $ **289,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**America's Wholesale Lender<br>P.O. Box 10219<br>Van Nuys, CA 91410** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Sheet **1** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Brokers Conduit**<br>**520 Broadhollow Road**<br>**Melville, NY 11747** | | - | **2025 Harrier Court Thousand Oaks California 91320**<br><br>Value $ **518,823.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**American Brokers Conduit**<br>**520 Broadhollow Road**<br>**Melville, NY 11747** | | - | **1320 Kenmore Avenue Los Angeles California 90027**<br><br>Value $ **363,479.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**American Home Key**<br>**3131 McKinney Avenue Suite 400**<br>**Dallas, TX 75204** | | - | **9222 Marshall Street Rosemead California 91770**<br><br>Value $ **147,219.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Ashton Drive 3312 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **3312 Ashton Drive Moore Oklahoma 73160**<br><br>Value $ **151,915.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Aurora Loan Services**<br>**1000 N. West Street Suite 200**<br>**Wilmington, DE 19801** | | - | **3841 Daisy Street #17 Las Vegas NV 89119**<br><br>Value $ **21,566.00** | | | X | **Unknown** | **Unknown** |
| Sheet **2** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

 4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ______
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Axiom Financial Services**<br>**16550 W. Bernardo Drive Bldg 1**<br>**San Diego, CA 92127** | | - | **901 East Austin Avenue Round Rock Texas 78664**<br><br>Value $ **243,788.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loan Servicng**<br>**400 Countrywide Way**<br>**Simi Valley, CA 93065** | | - | **9056 Blue Flag Street Corona California 92883**<br><br>Value $ **247,540.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loan Servicng**<br>**400 Countrywide Way**<br>**Simi Valley, CA 93065** | | - | **9222 Marshall Street Rosemead California 91770**<br><br>Value $ **147,219.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Bac Home Loans Servici**<br>**P.O. Box 650070**<br>**Dallas, TX 75265** | | - | **1874 Petaluma Drive Chula Vista California 91913**<br><br>Value $ **407,288.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Bac Home Loans Servici**<br>**P.O. Box 650070**<br>**Dallas, TX 75265** | | - | **1320 Kenmore Avenue Los Angeles California 90027**<br><br>Value $ **363,479.00** | | | X | **Unknown** | **Unknown** |
| Sheet **3** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bac Home Loans Servici**<br>**P.O. Box 650070**<br>**Dallas, TX 75265** | | **-** | **19054 Eccles Street Northridge California 91324**<br><br>Value $ **212,533.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | **-** | **3323 Morning Light Drive Dallas Texas 75228**<br><br>Value $ **79,450.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | **-** | **2421 Sturrock Drive Henderson Nevada 89044**<br><br>Value $ **181,511.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | **-** | **14362 Sequoia Road Canyon Country California 91387**<br><br>Value $ **375,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | **-** | **14734 Brink Avenue Norwalk California 90650**<br><br>Value $ **201,945.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **4** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br><br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | - | **16279 Medinah Street Fontana California 92336**<br><br>Value $ **279,100.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**BAC Home Loans Servicing**<br>**P.O. Box 515503**<br>**Los Angeles, CA 90051** | | - | **6539 Pimlico Place Corona California 92880**<br><br>Value $ **351,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Baer, Timberlake, Coulson & Cates PC**<br>**P.O. Box 18486**<br>**Oklahoma City, OK 73154** | | - | **3312 Ashton Drive Moore Oklahoma 73160**<br><br>Value $ **151,915.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Bank of America**<br>**100 N. Tyron Street**<br>**Charlotte, NC 28255** | | - | **652-654-656 West California Avenue Glendale California 91203**<br><br>Value $ **21,798.00** | | | X | **Unknown** | **Unknown** |

Sheet **5** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | **0.00** |

 4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ______
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | - | **5808 Tyringham Road Bakersfield California 93313**<br>Value $ **169,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | - | **9056 Blue Flag Street Corona California 92883**<br>Value $ **247,540.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | - | **5110 East Pine Avenue Fresno California 93727**<br>Value $ **102,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | - | **1525 Walnut Leaf Drive #106 Walnut California 91789**<br>Value $ **206,800.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America<br>100 N. Tyron Street<br>Charlotte, NC 28255** | | - | **15386 Rochelle Street Fontana California 92336**<br>Value $ **317,657.00** | | | X | **Unknown** | **Unknown** |
| Sheet **6** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **3323 Morning Light Drive Dallas Texas 75228**<br>Value $ **79,450.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **2421 Sturrock Drive Henderson Nevada 89044**<br>Value $ **181,511.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **14362 Sequoia Road Canyon Country California 91387**<br>Value $ **375,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**100 N. Tyron Street**<br>**Charlotte, NC 28255** | | - | **80 Alerion Street, Las Vegas, NV 89138**<br>Value $ **254,937.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **19054 Eccles Street Northridge California 91324**<br>Value $ **212,533.00** | | | X | **Unknown** | **Unknown** |
| Sheet **7** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **14734 Brink Avenue Norwalk California 90650**<br>Value $ **201,945.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **16279 Medinah Street Fontana California 92336**<br>Value $ **279,100.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America**<br>**9000 Southside Blvd Suite 700**<br>**Jacksonville, FL 32256** | | - | **6539 Pimlico Place Corona California 92880**<br>Value $ **351,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America NA**<br>**P.O. Box 10221**<br>**Van Nuys, CA 91410** | | - | **9228 Marshall Street Rosemead California 91770**<br>Value $ **286,375.00** | | | X | **Unknown** | **Unknown** |
| Sheet **8** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor    Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America NA<br>P.O. Box 10221<br>Van Nuys, CA 91410** | | - | **1440 Dunswell Avenue Hacienda Heights California 91745**<br>Value $ **508,900.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of America NA<br>P.O. Box 10221<br>Van Nuys, CA 91410** | | - | **1525 Walnut Leaf Drive #106 Walnut California 91789**<br>Value $ **206,800.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of American Fork<br>P.O. Box 307<br>American Fork, UT 84003** | | - | **106 Desert Willow Lane Unit B Mesquite Nevada 89027**<br>Value $ **77,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Bank of New York Mellon<br>400 Countrywide Way SV-35<br>Simi Valley, CA 93065** | | - | **9056 Blue Flag Street Corona California 92883**<br>Value $ **247,540.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Barneston Street 17151 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **17151 Barneston Street Granada Hills California 91344**<br>Value $ **506,100.00** | | | | **Unknown** | **Unknown** |
| Sheet **9** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Blue Flag Street 9056 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **9056 Blue Flag Street Corona California 92883**<br>Value $ **247,540.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**BM Real Estate Services**<br>**5016 North Parkway**<br>**Suite 200**<br>**Calabasas, CA 91302** | | - | **3445 West Avenue N-3 Palmdale California 93551**<br>Value $ **289,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Brice, Vander Linden & Wernick, PC**<br>**9441 LBJ Freeway**<br>**Suite 250**<br>**Dallas, TX 75243** | | - | **901 East Austin Avenue Round Rock Texas 78664**<br>Value $ **243,788.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Brink Avenue 14734 Land Trust**<br>**c/o Free and Clear Holding Co**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **14734 Brink Avenue Norwalk California 90650**<br>Value $ **201,945.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Caballo Hills Avenue 716 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **716 Caballo Hills Avenue North Las Vegas Nevada 89081**<br>Value $ **110,849.00** | | | | **Unknown** | **Unknown** |
| Sheet **10** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cal-Western Reconveyance Corporation**<br>**525 E. Main Street**<br>**P.O. Box 22004**<br>**El Cajon, CA 92022** | | - | **5110 East Pine Avenue Fresno California 93727**<br><br>Value $ **102,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Cal-Western Reconveyance Corporation**<br>**525 E. Main Street**<br>**P.O. Box 22004**<br>**El Cajon, CA 92022** | | - | **1005 North Ferger Avenue Fresno California 93728**<br><br>Value $ **141,700.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**California Reconveyance Company**<br>**9200 Oakdale Avenue**<br>**Mail Stop CA2-4379**<br>**Chatsworth, CA 91311** | | - | **785 Saint Michael Way Salinas Monterey California 93905**<br><br>Value $ **165,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**California Reconveyance Company**<br>**9200 Oakdale Avenue**<br>**Mail Stop CA2-4379**<br>**Chatsworth, CA 91311** | | - | **2828 Richfield Boulevard Henderson Nevada 89102**<br><br>Value $ **46,409.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**California Reconveyance Company**<br>**9200 Oakdale Avenue**<br>**Mail Stop CA2-4379**<br>**Chatsworth, CA 91311** | | - | **716 Caballo Hills Avenue North Las Vegas Nevada 89081**<br><br>Value $ **110,849.00** | | | X | **Unknown** | **Unknown** |
| Sheet **11** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor    Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**California Reconveyance Company<br>9200 Oakdale Avenue<br>Mail Stop CA2-4379<br>Chatsworth, CA 91311** | | - | **17151 Barneston Street Granada Hills California 91344**<br>Value $ **506,100.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**California Reconveyance Company<br>9200 Oakdale Avenue<br>Mail Stop CA2-4379<br>Chatsworth, CA 91311** | | - | **1655 South Highland Avenue Los Angeles California 90019**<br>Value $ **640,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**California Reconveyance Company<br>9200 Oakdale Avenue<br>Mail Stop CA2-4379<br>Chatsworth, CA 91311** | | - | **2455 Spruce Street San Bernardino California 92410**<br>Value $ **61,900.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**California Reconveyance Company<br>9200 Oakdale Avenue<br>Mail Stop CA2-4379<br>Chatsworth, CA 91311** | | - | **4308 West 10th Street Lawndale California 90012**<br>Value $ **598,242.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**California Reconveyance Company<br>9200 Oakdale Avenue<br>Mail Stop CA2-4379<br>Chatsworth, CA 91311** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Sheet **12** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ______
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**California Reconveyance Company**<br>**9200 Oakdale Avenue**<br>**Mail Stop CA2-4379**<br>**Chatsworth, CA 91311** | | - | **6539 Pimlico Place Corona California 92880**<br>Value $ **351,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Calle Tampico 9454 Land Trust**<br>**c/o Free and Clear Holding Co II LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **9454 Calle Tampico Riverside California 92503**<br>Value $ **159,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Camino Federal Credit Union**<br>**520 N. Taylor Avenue**<br>**Montebello, CA 90640** | | - | **594 Pinto Mesa Drive Diamond Bar California 91765**<br>Value $ **275,053.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Capital Funding Group**<br>**959 South Coast Drive Suite 495**<br>**Costa Mesa, CA 92626** | | - | **7137 Adwen Street Downey, CA 90241**<br>Value $ **347,100.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Chase Home Finance**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062** | | - | **18348 Wisteria Street Hesperia California 92345**<br>Value $ **72,632.00** | | | X | **Unknown** | **Unknown** |
| Sheet **13** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Free and Clear Holding Company II LLC**, Case No. ____________
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase NA<br>100 Duffy Avenue<br>Hicksville, NY 11801** | | **-** | **13080 Seventeenth Street Chino California 91710**<br><br>Value $ **217,307.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Chase NA<br>100 Duffy Avenue<br>Hicksville, NY 11801** | | **-** | **408 East 120th Street Los Angeles Los Angeles California 90061**<br><br>Value $ **107,745.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Chase NA<br>100 Duffy Avenue<br>Hicksville, NY 11801** | | **-** | **3841 Daisy Street #17 Las Vegas NV 89119**<br><br>Value $ **21,566.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Chetman Drive A&B 11710 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | **-** | **11710 Chetman Drive A&B Houston Texas 77065**<br><br>Value $ **114,154.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Citibank<br>1000 Technology Drive<br>MS-504A<br>O'Fallon, MO 63368-2240** | | **-** | **4308 West 10th Street Lawndale California 90012**<br><br>Value $ **598,242.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **14** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ______
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citibank West**<br>**1 Sansome Drive**<br>**San Francisco, CA 94104** | | - | **4308 West 10th Street Lawndale California 90012**<br><br>Value $ **598,242.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Citigroup Consumer Finance Inc**<br>**1000 Technology Drive**<br>**O Fallon, MO 63368** | | - | **594 Pinto Mesa Drive Diamond Bar California 91765**<br><br>Value $ **275,053.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**CitiMortgage Inc**<br>**P.O. Box 660065**<br>**Dallas, TX 75266** | | - | **11710 Chetman Drive A&B Houston Texas 77065**<br><br>Value $ **114,154.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**CitiMortgage Inc**<br>**P.O. Box 660065**<br>**Dallas, TX 75266** | | - | **5110 East Pine Avenue Fresno California 93727**<br><br>Value $ **102,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**CitiMortgage Inc**<br>**P.O. Box 660065**<br>**Dallas, TX 75266** | | - | **1005 North Ferger Avenue Fresno California 93728**<br><br>Value $ **141,700.00** | | | X | **Unknown** | **Unknown** |
| Sheet **15** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**CitiMortgage Inc<br>P.O. Box 660065<br>Dallas, TX 75266** | | - | **4308 West 10th Street Lawndale California 90012**<br>Value $ **598,242.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Cohasset Way 5837 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **5837 Cohasset Way San Jose California 95123**<br>Value $ **465,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Countrywide Home Loans<br>P.O. Box 10423<br>Van Nuys, CA 91410** | | - | **5808 Tyringham Road Bakersfield California 93313**<br>Value $ **169,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Countrywide Home Loans<br>P.O. Box 10423<br>Van Nuys, CA 91410** | | - | **1440 Dunswell Avenue Hacienda Heights California 91745**<br>Value $ **508,900.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Countrywide Home Loans<br>P.O. Box 10423<br>Van Nuys, CA 91410** | | - | **1525 Walnut Leaf Drive #106 Walnut California 91789**<br>Value $ **206,800.00** | | | X | **Unknown** | **Unknown** |
| Sheet **16** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Countrywide Home Loans**<br>**P.O. Box 10423**<br>**Van Nuys, CA 91410** | | - | **2421 Sturrock Drive Henderson Nevada 89044**<br><br>Value $ **181,511.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Countrywide Home Loans**<br>**P.O. Box 10423**<br>**Van Nuys, CA 91410** | | - | **14734 Brink Avenue Norwalk California 90650**<br><br>Value $ **201,945.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Countrywide Home Loans**<br>**P.O. Box 10423**<br>**Van Nuys, CA 91410** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br><br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Daisy Street #17 3841 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **3841 Daisy Street #17 Las Vegas NV 89119**<br><br>Value $ **21,566.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Desert Willow Lane Unit B 106 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV** | | - | **106 Desert Willow Lane Unit B Mesquite Nevada 89027**<br><br>Value $ **77,906.00** | | | | **Unknown** | **Unknown** |
| Sheet **17** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Dunswell Avenue 1440 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **1440 Dunswell Avenue Hacienda Heights California 91745**<br>Value $ **508,900.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**E*Trade Bank**<br>**P.O. Box 484**<br>**Jersey City, NJ 07303** | | - | **6669 Vianza Place Rancho Cucamonga California 91739**<br>Value $ **321,631.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**E*Trade Mortgage Corp**<br>**P.O. Box 484**<br>**Jersey City, NJ 07303** | | - | **6669 Vianza Place Rancho Cucamonga California 91739**<br>Value $ **321,631.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**East 120th Street 408 Land Trust**<br>**c/o Free amd Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br>Value $ **107,745.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**East Austin Avenue 901 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **901 East Austin Avenue Round Rock Texas 78664**<br>Value $ **243,788.00** | | | | **Unknown** | **Unknown** |
| Sheet **18** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

 

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**East California Blvd 1874 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **1874 East California Boulevard San Marino California 91108**<br>Value $ **1,439,400.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**East Foothill Boulevard 659 Land Trust<br>C/O Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **659 East Foothill Boulevard Glendora California 91741**<br>Value $ **181,348.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**East Pine Avenue 5110 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **5110 East Pine Avenue Fresno California 93727**<br>Value $ **102,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**East West Bank<br>135 North Los Robles 7th Fl<br>Pasadena, CA 91101** | | - | **2147 Wind River Lane Rowland Heights California 91748**<br>Value $ **1,008,210.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Eccles Street 19054 Land Trust<br>c/o Free and Clear Holding Co<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **19054 Eccles Street Northridge California 91324**<br>Value $ **212,533.00** | | | | **Unknown** | **Unknown** |
| Sheet **19** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Everhome Mortgage Co**<br>**2112 Business Center Drive**<br>**Irvine, CA 92612** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br><br>Value $ **107,745.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**First Bank and Trust Co**<br>**P.O. Box 580**<br>**923 W. Main Street**<br>**Duncan, OK 73534** | | - | **2147 Wind River Lane Rowland Heights California 91748**<br><br>Value $ **1,008,210.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**First Federal Bank of California**<br>**P.O. Box 7056**<br>**Pasadena, CA 91109** | | - | **5837 Cohasset Way San Jose California 95123**<br><br>Value $ **465,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**First Federal Bank of California**<br>**P.O. Box 7056**<br>**Pasadena, CA 91109** | | - | **15386 Rochelle Street Fontana California 92336**<br><br>Value $ **317,657.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**First Magnus Financial Corp.**<br>**603 N. Wilmot**<br>**Tucson, AZ 85711** | | - | **652-654-656 West California Avenue Glendale California 91203**<br><br>Value $ **21,798.00** | | | X | **Unknown** | **Unknown** |
| Sheet **20** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor    Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Fiserv Lending Solutions<br>27 Inwood Road<br>Rocky Hill, CT 06067** | | - | **80 Alerion Street, Las Vegas, NV 89138**<br>Value $ **254,937.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Franklin American Mortgage Co<br>501 Corporate Centre Dr.  Suite 400<br>Franklin, TN 37067** | | - | **19054 Eccles Street Northridge California 91324**<br>Value $ **212,533.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Gateway Bank FSB<br>919 Clement Street<br>San Francisco, CA 94118** | | - | **594 Pinto Mesa Drive Diamond Bar California 91765**<br>Value $ **275,053.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Hanmi Bank<br>3660 Wilshire Blvd Suite 424<br>Los Angeles, CA 90010** | | - | **1874 East California Boulevard San Marino California 91108**<br>Value $ **1,439,400.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Hanmi Bank<br>3660 Wilshire Blvd Suite 424<br>Los Angeles, CA 90010** | | - | **2147 Wind River Lane Rowland Heights California 91748**<br>Value $ **1,008,210.00** | | | X | **Unknown** | **Unknown** |
| Sheet **21** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harrier Court 2025 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Bldg 102**<br>**#120**<br>**Las Vegas, NV 89139** | | - | **2025 Harrier Court Thousand Oaks California 91320**<br><br>Value $ **518,823.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Home Loan Specialists**<br>**23330 Mill Creek Drive**<br>**Laguna Hills, CA 92653** | | - | **16279 Medinah Street Fontana California 92336**<br><br>Value $ **279,100.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**HSBC Mortgage Corp USA**<br>**P.O. Box 9068**<br>**Brandon, FL 33509** | | - | **9454 Calle Tampico Riverside California 92503**<br><br>Value $ **159,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**IndyMac Mortgage Services**<br>**P.O. Box 4045**<br>**Kalamazoo, MI 49003** | | - | **7137 Adwen Street Downey, CA 90241**<br><br>Value $ **347,100.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**IndyMac Mortgage Services**<br>**P.O. Box 4045**<br>**Kalamazoo, MI 49003** | | - | **4542 West 134th Street Hawthorne California 90250**<br><br>Value $ **318,682.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **22** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

In re **Free and Clear Holding Company II LLC**, Case No. ____________
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**IndyMac Mortgage Services**<br>**P.O. Box 4045**<br>**Kalamazoo, MI 49003** | | - | **3268 Twelve Oaks Boulevard Clarksville TN 37042**<br>Value $ **201,700.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**IndyMac Mortgage Services**<br>**P.O. Box 4045**<br>**Kalamazoo, MI 49003** | | - | **9228 Marshall Street Rosemead California 91770**<br>Value $ **286,375.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**IndyMacBank**<br>**901 East 104th Street Bldg B**<br>**Kansas City, MO 64131** | | - | **4542 West 134th Street Hawthorne California 90250**<br>Value $ **318,682.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**IndyMacBank**<br>**901 East 104th Street Bldg B**<br>**Kansas City, MO 64131** | | - | **3268 Twelve Oaks Boulevard Clarksville TN 37042**<br>Value $ **201,700.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**IndyMacBank**<br>**901 East 104th Street Bldg B**<br>**Kansas City, MO 64131** | | - | **9228 Marshall Street Rosemead California 91770**<br>Value $ **286,375.00** | | | X | **Unknown** | **Unknown** |
| Sheet **23** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

 4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor    Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**IndyMacFederalBank**<br>**888 E Walnut Street**<br>**Pasadena, CA 91101** | | - | **7137 Adwen Street Downey, CA 90241**<br>Value $ **347,100.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | - | **7508 Taylor Road Jacksonville Florida 32222**<br>Value $ **148,160.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | - | **5837 Cohasset Way San Jose California 95123**<br>Value $ **465,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | - | **9454 Calle Tampico Riverside California 92503**<br>Value $ **159,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | - | **2828 Richfield Boulevard Henderson Nevada 89102**<br>Value $ **46,409.00** | | | X | **Unknown** | **Unknown** |
| Sheet **24** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | **-** | **716 Caballo Hills Avenue North Las Vegas Nevada 89081**<br>Value $ **110,849.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | **-** | **17151 Barneston Street Granada Hills California 91344**<br>Value $ **506,100.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85034** | | **-** | **1655 South Highland Avenue Los Angeles California 90019**<br>Value $ **640,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**7301 Baymeadows Way**<br>**Jacksonville, FL 32256** | | **-** | **1655 South Highland Avenue Los Angeles California 90019**<br>Value $ **640,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank**<br>**7301 Baymeadows Way**<br>**Jacksonville, FL 32256** | | **-** | **18348 Wisteria Street Hesperia California 92345**<br>Value $ **72,632.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **25** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**JP Morgan Chase Bank<br>P.O. Box 78420<br>Phoenix, AZ 85034** | | - | **2455 Spruce Street San Bernardino California 92410**<br>Value $ **61,900.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank<br>7301 Baymeadows Way<br>Jacksonville, FL 32256** | | - | **4308 West 10th Street Lawndale California 90012**<br>Value $ **598,242.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank<br>7301 Baymeadows Way<br>Jacksonville, FL 32256** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**JP Morgan Chase Bank<br>7301 Baymeadows Way<br>Jacksonville, FL 32256** | | - | **6539 Pimlico Place Corona California 92880**<br>Value $ **351,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Kenmore Avenue 1320 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **1320 Kenmore Avenue Los Angeles California 90027**<br>Value $ **363,479.00** | | | | **Unknown** | **Unknown** |
| Sheet **26** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kinecta Federal Credit Union**<br>**P.O. Box 1003**<br>**Manhattan Beach, CA 90267** | | **-** | **6669 Vianza Place Rancho Cucamonga California 91739**<br><br>Value $ **321,631.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Lakeland Regional Mortgage**<br>**4130 Florida Avenue**<br>**Lakeland, FL 33813** | | **-** | **3312 Ashton Drive Moore Oklahoma 73160**<br><br>Value $ **151,915.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Loan Correspondents Inc**<br>**959 South Coast Drive Suite 495**<br>**Costa Mesa, CA 92626** | | **-** | **7137 Adwen Street Downey, CA 90241**<br><br>Value $ **347,100.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Long Beach Mortgage Company**<br>**P.O. Box 201085**<br>**Stockton, CA 95202** | | **-** | **785 Saint Michael Way Salinas Monterey California 93905**<br><br>Value $ **165,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Marshall Street 9222 Land Trust**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | **-** | **9222 Marshall Street Rosemead California 91770**<br><br>Value $ **147,219.00** | | | | **Unknown** | **Unknown** |

Sheet **27** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor    Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Marshall Street 9228 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **9228 Marshall Street Rosemead California 91770**<br>Value $ **286,375.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Medinah Street 16279 Land Trust**<br>**c/o Free and Clear LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **16279 Medinah Street Fontana California 92336**<br>Value $ **279,100.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**MetLife Home Loans**<br>**P.O. Box 809**<br>**Memphis, TN 38101** | | - | **106 Desert Willow Lane Unit B Mesquite Nevada 89027**<br>Value $ **77,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**MIT Lending**<br>**701 North Green Valley Parkway**<br>**Suite 200**<br>**Henderson, NV 89074** | | - | **3841 Daisy Street #17 Las Vegas NV 89119**<br>Value $ **21,566.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Morning Light Drive 3323 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **3323 Morning Light Drive Dallas Texas 75228**<br>Value $ **79,450.00** | | | | **Unknown** | **Unknown** |
| Sheet **28** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Mortgage Investors Group**<br>**8320 E. Walker Springs Lane**<br>**Suite 200**<br>**Knoxville, TN 37923** | | - | **410 Pinebrook Circle Brandon Mississippi 39047**<br>Value $ **147,810.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Mortgage Tree Lending**<br>**P.O. Box 3406**<br>**Modesto, CA 95353** | | - | **14734 Brink Avenue Norwalk California 90650**<br>Value $ **201,945.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Mortgageit**<br>**1350 Demming Way 3rd floor**<br>**Middleton, WI 53562** | | - | **2516 Virginia Avenue #B Santa Monica California 90404**<br>Value $ **159,896.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Mortgageit**<br>**1350 Demming Way 3rd floor**<br>**Middleton, WI 53562** | | - | **4308 West 10th Street Lawndale California 90012**<br>Value $ **598,242.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Mortgageit**<br>**33 Maiden Lane Sixth Floor**<br>**New York, NY 10038** | | - | **4308 West 10th Street Lawndale California 90012**<br>Value $ **598,242.00** | | | X | **Unknown** | **Unknown** |
| Sheet **29** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mountain West Financial**<br>**1902 Orange Tree Lane #140**<br>**Redlands, CA 92374** | | - | **18348 Wisteria Street Hesperia California 92345**<br><br>Value $ **72,632.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**MTC Financial**<br>**30 Corporate Park Suite 400**<br>**Irvine, CA 92606** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br><br>Value $ **107,745.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**National City Bank**<br>**P.O. Box 5570**<br>**Cleveland, OH 44101** | | - | **3445 West Avenue N-3 Palmdale California 93551**<br><br>Value $ **289,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Navy Federal Credit Union**<br>**P.O. Box 3000**<br>**Merrifield, VA 22119** | | - | **1874 Petaluma Drive Chula Vista California 91913**<br><br>Value $ **407,288.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**North Ferger Avenue 1005 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **1005 North Ferger Avenue Fresno California 93728**<br><br>Value $ **141,700.00** | | | | **Unknown** | **Unknown** |
| Sheet **30** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

**B6D (Official Form 6D) (12/07) - Cont.**

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North Windsor Boulevard 580-582 Land Tru<br>c/o Free and Clear LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br><br>Value $ **312,906.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**OCWEN Loan<br>12650 Ingenuity Drive<br>Orlando, FL 32826** | | - | **1525 Walnut Leaf Drive #106 Walnut California 91789**<br><br>Value $ **206,800.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**OneWest Bank FSB<br>888 E Walnut Street<br>Pasadena, CA 91101** | | - | **5837 Cohasset Way San Jose California 95123**<br><br>Value $ **465,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**OneWest Bank FSB<br>888 E Walnut Street<br>Pasadena, CA 91101** | | - | **15386 Rochelle Street Fontana California 92336**<br><br>Value $ **317,657.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br><br>**Pentagon Federal Credit Union<br>Box 1432<br>Alexandria, VA 22313** | | - | **16279 Medinah Street Fontana California 92336**<br><br>Value $ **279,100.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **31** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Petaluma Drive 1874 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **1874 Petaluma Drive Chula Vista California 91913**<br>Value $ **407,288.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Phoenix Funding<br>3 Hutton Center Drive Suite 810<br>Santa Ana, CA 92707** | | - | **1874 East California Boulevard San Marino California 91108**<br>Value $ **1,439,400.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Pimlico Place 6539 Land Trust<br>c/o Free and Clear LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **6539 Pimlico Place Corona California 92880**<br>Value $ **351,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Pinebrook Circle 410 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **410 Pinebrook Circle Brandon Mississippi 39047**<br>Value $ **147,810.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Pinto Mesa Drive 594 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **594 Pinto Mesa Drive Diamond Bar California 91765**<br>Value $ **275,053.00** | | | | **Unknown** | **Unknown** |
| Sheet **32** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Plaza Home Mortgage Inc**<br>**5090 Shoreham Place #109**<br>**San Diego, CA 92112** | | - | **9228 Marshall Street Rosemead California 91770**<br><br>Value $ **286,375.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**PMC Banccorp**<br>**17800 Castleton Street #488**<br>**City of Industry, CA 91748** | | - | **9056 Blue Flag Street Corona California 92883**<br><br>Value $ **247,540.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**PNC Bank**<br>**P.O. Box 5570**<br>**Cleveland, OH 44101** | | - | **3445 West Avenue N-3 Palmdale California 93551**<br><br>Value $ **289,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Professional Recovery Services**<br>**P.O. Box 1880**<br>**Voorhees, NJ 08043** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br><br>Value $ **107,745.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Professional Recovery Services**<br>**P.O. Box 1880**<br>**Voorhees, NJ 08043** | | - | **18348 Wisteria Street Hesperia California 92345**<br><br>Value $ **72,632.00** | | | X | **Unknown** | **Unknown** |
| Sheet **33** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Quality Loan**<br>**2141 Fifth Avenue**<br>**San Diego, CA 92101** | | - | **9454 Calle Tampico Riverside California 92503**<br><br>Value $ **159,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Quality Loan**<br>**2141 Fifth Avenue**<br>**San Diego, CA 92101** | | - | **14362 Sequoia Road Canyon Country California 91387**<br><br>Value $ **375,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Recontrust Company N.A.**<br>**2380 Performance Drive TX2-984-0407**<br>**Richardson, TX 75082** | | - | **9056 Blue Flag Street Corona California 92883**<br><br>Value $ **247,540.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Recontrust Company NA**<br>**1800 Tapo Canyon Road**<br>**CA6-914-01-34**<br>**Simi Valley, CA 93063** | | - | **1874 Petaluma Drive Chula Vista California 91913**<br><br>Value $ **407,288.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Recontrust Company NA**<br>**1800 Tapo Canyon Road**<br>**CA6-914-01-34**<br>**Simi Valley, CA 93063** | | - | **1320 Kenmore Avenue Los Angeles California 90027**<br><br>Value $ **363,479.00** | | | X | **Unknown** | **Unknown** |
| Sheet **34** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ______
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Resmae Mortgage Corp**<br>**6 Pointe Drive**<br>**Brea, CA 92821** | | - | **14362 Sequoia Road Canyon Country California 91387**<br>Value $ **375,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Richfield Boulevard 2828 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **2828 Richfield Boulevard Henderson Nevada 89102**<br>Value $ **46,409.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Rochelle Street 15386 Land Trust**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **15386 Rochelle Street Fontana California 92336**<br>Value $ **317,657.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Saint Michael Way 785 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **785 Saint Michael Way Salinas Monterey California 93905**<br>Value $ **165,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Sequoia Road 14362 Land Trust**<br>**c/o Free and clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **14362 Sequoia Road Canyon Country California 91387**<br>Value $ **375,000.00** | | | | **Unknown** | **Unknown** |
| Sheet **35** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Seventeenth Street 13080 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **13080 Seventeenth Street Chino California 91710**<br>Value $ **217,307.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Sierra Pacific Mortgage Co Inc**<br>**50 Iron Point Circle Suite 200**<br>**Folsom, CA 95630** | | - | **5110 East Pine Avenue Fresno California 93727**<br>Value $ **102,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**Sierra Pacific Mortgage Co Inc**<br>**50 Iron Point Circle Suite 200**<br>**Folsom, CA 95630** | | - | **1005 North Ferger Avenue Fresno California 93728**<br>Value $ **141,700.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br>**South Highland Avenue 1655 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **1655 South Highland Avenue Los Angeles California 90019**<br>Value $ **640,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Spruce Street 2455 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**San Bernardino, CA 92410** | | - | **2455 Spruce Street San Bernardino California 92410**<br>Value $ **61,900.00** | | | | **Unknown** | **Unknown** |
| Sheet **36** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

 4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Sturrock Drive 2421 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **2421 Sturrock Drive Henderson Nevada 89044**<br>Value $ **181,511.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Sun West Mortgage Company<br>18303 Gridley Road<br>Cerritos, CA 90703** | | - | **80 Alerion Street, Las Vegas, NV 89138**<br>Value $ **254,937.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Taylor Road 7508 Land Trust<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **7508 Taylor Road Jacksonville Florida 32222**<br>Value $ **148,160.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Trustee Corps<br>30 Corporate Park Suite 400<br>Irvine, CA 92606** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br>Value $ **107,745.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Trustees Corp<br>30 Corporate Park Suite 400<br>Irvine, CA 92606** | | - | **19054 Eccles Street Northridge California 91324**<br>Value $ **212,533.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **37** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Case No. ____________
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Twelve Oaks Boulevard 3268 Land Trust□□<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Las Vegas, NV 89139** | | - | **3268 Twelve Oaks Boulevard Clarksville TN 37042**<br>Value $ **201,700.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Tyringham Road 5808 Land Trust□□<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **5808 Tyringham Road Bakersfield California 93313**<br>Value $ **169,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Vianza Place 6669 Land Trust□□<br>c/o Free and Clear Holdings Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **6669 Vianza Place Rancho Cucamonga California 91739**<br>Value $ **321,631.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Virginia Avenue #B 2516 Land Trust□□<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **2516 Virginia Avenue #B Santa Monica California 90404**<br>Value $ **159,896.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Wachovia Mortgage<br>P.O. Box 659558<br>San Antonio, TX 78265** | | - | **659 East Foothill Boulevard Glendora California 91741**<br>Value $ **181,348.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **38** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Walnut Leaf Drive #106 1525 Land Trust□□<br>c/o Free and Clear Holding Co LLC<br>4262 Blue Diamond Road Building 102<br>Suite 120<br>Las Vegas, NV 89139** | | - | **1525 Walnut Leaf Drive #106 Walnut California 91789**<br>Value $ **206,800.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **408 East 120th Street Los Angeles Los Angeles California 90061**<br>Value $ **107,745.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Washington Mutual<br>1301 Second Avenue<br>Seattle, WA 98101** | | - | **3841 Daisy Street #17 Las Vegas NV 89119**<br>Value $ **21,566.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **9454 Calle Tampico Riverside California 92503**<br>Value $ **159,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **2828 Richfield Boulevard Henderson Nevada 89102**<br>Value $ **46,409.00** | | | **X** | **Unknown** | **Unknown** |
| Sheet **39** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **716 Caballo Hills Avenue North Las Vegas Nevada 89081**<br><br>Value $ **110,849.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **17151 Barneston Street Granada Hills California 91344**<br><br>Value $ **506,100.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **1655 South Highland Avenue Los Angeles California 90019**<br><br>Value $ **640,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **18348 Wisteria Street Hesperia California 92345**<br><br>Value $ **72,632.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Washington Mutual<br>2210 Enterprise Drive<br>Florence, SC 29501** | | - | **2455 Spruce Street San Bernardino California 92410**<br><br>Value $ **61,900.00** | | | X | **Unknown** | **Unknown** |
| Sheet **40** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | Subtotal (Total of this page) | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Washington Mutual**<br>**2210 Enterprise Drive**<br>**Florence, SC 29501** | | - | **580-582 North Windsor Boulevard Los Angeles California 90004**<br><br>Value $ **312,906.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Washington Mutual**<br>**2210 Enterprise Drive**<br>**Florence, SC 29501** | | - | **6539 Pimlico Place Corona California 92880**<br><br>Value $ **351,000.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | | - | **3312 Ashton Drive Moore Oklahoma 73160**<br><br>Value $ **151,915.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Wells Fargo**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** | | - | **901 East Austin Avenue Round Rock Texas 78664**<br><br>Value $ **243,788.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Wells Fargo Bank NA**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715** | | - | **3445 West Avenue N-3 Palmdale California 93551**<br><br>Value $ **289,000.00** | | | X | **Unknown** | **Unknown** |
| Sheet **41** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wells Fargo Bank NA**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715** | | - | **659 East Foothill Boulevard Glendora California 91741**<br><br>Value $ **181,348.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 30427**<br>**Los Angeles, CA 90030-0427** | | - | **6669 Vianza Place Rancho Cucamonga California 91739**<br><br>Value $ **321,631.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Wells Fargo Home Mortgage**<br>**3476 Stateview Blvd**<br>**Fort Mill, SC 29715** | | - | **6669 Vianza Place Rancho Cucamonga California 91739**<br><br>Value $ **321,631.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 30427**<br>**Los Angeles, CA 90030-0427** | | - | **659 East Foothill Boulevard Glendora California 91741**<br><br>Value $ **181,348.00** | | | X | **Unknown** | **Unknown** |
| Account No.<br><br>**West 10th Street 4308 Land Trust**<br>**c/o Free and Clear LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **4308 West 10th Street Lawndale California 90012**<br><br>Value $ **598,242.00** | | | | **Unknown** | **Unknown** |
| Sheet **42** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |

4/06/11 10:38PM

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ______

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**West 134th Street 4542 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **4542 West 134th Street Hawthorne California 90250**<br>Value $ **318,682.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**West Avenue N-3 3445 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **3445 West Avenue N-3 Palmdale California 93551**<br>Value $ **289,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**West California Avenue 652-654-656 LndTr**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **652-654-656 West California Avenue Glendale California 91203**<br>Value $ **21,798.00** | | | | **Unknown** | **Unknown** |
| Account No.<br>**Wilshire Credit Corporation**<br>**2141 Fifth Avenue**<br>**San Diego, CA 92101** | | - | **14362 Sequoia Road Canyon Country California 91387**<br>Value $ **375,000.00** | | | **X** | **Unknown** | **Unknown** |
| Account No.<br>**Wind River Lane 2147 Land Trust**<br>**c/o Free and clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **2147 Wind River Lane Rowland Heights California 91748**<br>Value $ **1,008,210.00** | | | | **Unknown** | **Unknown** |
| Sheet **43** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | | | | Subtotal (Total of this page) | **0.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ____________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wisteria Street 18348 Land Trust**<br>**c/o Free and Clear Holding Co LLC**<br>**4262 Blue Diamond Road Building 102**<br>**Suite 120**<br>**Las Vegas, NV 89139** | | - | **18348 Wisteria Street Hesperia California 92345**<br><br>Value $ **72,632.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**World Savings Bank FSB**<br>**P.O. Box 659548**<br>**San Antonio, TX 78265** | | - | **659 East Foothill Boulevard Glendora California 91741**<br><br>Value $ **181,348.00** | | | **X** | **Unknown** | **Unknown** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Sheet **44** of **44** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **0.00** | **0.00** |
| | | | Total (Report on Summary of Schedules) | | | | **0.00** | **0.00** |

**B6E (Official Form 6E) (4/10)**

.

In re **Free and Clear Holding Company II LLC**, Case No. ______________
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

4/06/11 10:38PM

**B6E (Official Form 6E) (4/10) - Cont.**

In re **Free and Clear Holding Company II LLC**, Debtor Case No. ____________

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Internal Revenue Service<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114** | | - | **Possible Tax Debts** | X | | | **Unknown** | **Unknown** | **0.00** |
| Account No.<br>**Nevada Department Taxation<br>555 E. Washington Ave #1300<br>Las Vegas, NV 89101** | | - | **Possible Tax Debts** | X | | | **Unknown** | **Unknown** | **0.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|
| Subtotal (Total of this page) | **0.00** | **0.00** | **0.00** |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** | **0.00** |

4/06/11 10:38PM

B6F (Official Form 6F) (12/07)

In re **Free and Clear Holding Company II LLC**, Case No. ____________
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Secured Assets Group**<br>**4262 Blue Diamond Road Bldg 102**<br>**#211**<br>**Las Vegas, NV 89139** | | - | **January 17, 2011**<br>**Attorney's fees for Chapter 11 filing** | | | | **15,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

**0** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **15,000.00** |
| Total (Report on Summary of Schedules) | **15,000.00** |

B6G (Official Form 6G) (12/07)

In re **Free and Clear Holding Company II LLC**, Case No. ____________

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **NONE** | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

**B6H (Official Form 6H) (12/07)**

In re **Free and Clear Holding Company II LLC**, Case No. ____________
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **NONE** | |

**0** continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com 

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

| | | | |
|---|---|---|---|
| In re | **Free and Clear Holding Company II LLC** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **58** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 6, 2011**

Signature **/s/ Garth Johnson**
**Garth Johnson**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC** Debtor(s)

Case No.

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **NONE** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **NONE** |

**3. Payments to creditors**

None ■ ***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **NONE** | | **$0.00** | **$0.00** |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **NONE** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **NONE** | | | |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NONE** | | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **NONE** | | |

**6. Assignments and receiverships**

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **NONE** | | |

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **NONE** | | | |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **NONE** | | | |

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **NONE** | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICES OF CHRISTINA DiEDOARDO**<br>**201 Spear Street #1100**<br>**San Francisco, CA 94105** | **January 17, 2011** | **$15,000.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **NONE** | | |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **NONE** | | |

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **NONE** | | | |

**13. Setoffs**

None ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **NONE** | | |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **NONE** | | |

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**NOT APPLCIABLE**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **NONE** | | | |

None ☐ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **NONE** | | | |

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **NONE** | | |

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **April 6, 2011** Signature **/s/ Garth Johnson**
**Garth Johnson**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC** Debtor(s)

Case No. ____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **Secured Assets Group**
**4262 Blue Diamond Road Bldg 102 Suite 211**
**Las Vegas NV 89139**

3. The source of compensation to be paid to me is:

■ Debtor ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Law Office of Amberlea Davis**
**415 S. 6th Street #300**
**Las Vegas NV 89101**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **April 6, 2011**

**/s/ Christina A. DiEdoardo NV BAR**

**Christina A. DiEdoardo NV BAR 9543**
**LAW OFFICES OF CHRISTINA DiEDOARDO**
**201 Spear Street #1100**
**San Francisco, CA 94105**
**415-839-5098**
**christina@diedoardolaw.com**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC**, Debtor

Case No. ______

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 6, 2011**

Signature **/s/ Garth Johnson**
**Garth Johnson**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC** Case No.
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 6, 2011**

**/s/ Garth Johnson**
**Garth Johnson**/**Managing Member**
Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com 

Free and Clear Holding Company II LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Christina A. DiEdoardo NV BAR
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street #1100
San Francisco, CA 94105

ABN AMRO Mortgage Group
1201 E. Lincoln
Madison Heights, MI 48071

Accredited Home Lenders Inc
16550 W. Bernardo Drive Bldg 1
San Diego, CA 92127

Adwen Street 7137 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Ageis Wholesale Corporation
3010 Briarpark Drive #700
Houston, TX 77042

Ageis Wholesale Corporation
3010 Briarpark Drive #700
Houston, TX 77042

Alerion Street 80 Land Trust
c/o Free and Clear Holding Co
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Alliance Mortgage Company
2112 Business Center Drive
Irvine, CA 92612

Alternative Loan Trust
400 Countrywide Way SV-35
Simi Valley, CA 93065

America's Servicing Co.
8495 New Horizon Way
Frederick, MD 21703-8388

America's Wholesale Lender
P.O. Box 10219
Van Nuys, CA 91410

American Brokers Conduit
520 Broadhollow Road
Melville, NY 11747

American Brokers Conduit
520 Broadhollow Road
Melville, NY 11747

American Home Key
3131 McKinney Avenue Suite 400
Dallas, TX 75204

Americas Servicing Co
P.O. Box 60768
Los Angeles, CA 90060

Ashton Drive 3312 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Aurora Loan Services
1000 N. West Street Suite 200
Wilmington, DE 19801

Axiom Financial Services
16550 W. Bernardo Drive Bldg 1
San Diego, CA 92127

BAC Home Loan Servicng
400 Countrywide Way
Simi Valley, CA 93065

BAC Home Loan Servicng
400 Countrywide Way
Simi Valley, CA 93065

Bac Home Loans Servici
P.O. Box 650070
Dallas, TX 75265

Bac Home Loans Servici
P.O. Box 650070
Dallas, TX 75265

Bac Home Loans Servici
P.O. Box 650070
Dallas, TX 75265

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

BAC Home Loans Servicing
P.O. Box 515503
Los Angeles, CA 90051

Baer, Timberlake, Coulson & Cates PC
4200 Perimeter Center
Oklahoma City, OK 73112

Baer, Timberlake, Coulson & Cates PC
P.O. Box 18486
Oklahoma City, OK 73154

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
9000 Southside Blvd Suite 700
Jacksonville, FL 32256

Bank of America
P.O. Box 10221
Van Nuys, CA 91410

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America
100 N. Tyron Street
Charlotte, NC 28255

Bank of America NA
P.O. Box 10221
Van Nuys, CA 91410

Bank of America NA
P.O. Box 10221
Van Nuys, CA 91410

Bank of America NA
P.O. Box 10221
Van Nuys, CA 91410

Bank of America NA
P.O. Box 10221
Van Nuys, CA 91410

Bank of America NA
P.O. Box 10221
Van Nuys, CA 91410

Bank of American Fork
P.O. Box 307
American Fork, UT 84003

Bank of New York Mellon
400 Countrywide Way SV-35
Simi Valley, CA 93065

Barneston Street 17151 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Blue Flag Street 9056 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

BM Real Estate Services
5016 North Parkway
Suite 200
Calabasas, CA 91302

Brice, Vander Linden & Wernick, PC
9441 LBJ Freeway
Suite 250
Dallas, TX 75243

Brink Avenue 14734 Land Trust
c/o Free and Clear Holding Co
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Caballo Hills Avenue 716 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Cal-Western Reconveyance Corporation
525 E. Main Street
P.O. Box 22004
El Cajon, CA 92022

Cal-Western Reconveyance Corporation
525 E. Main Street
P.O. Box 22004
El Cajon, CA 92022

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

California Reconveyance Company
9200 Oakdale Avenue
Mail Stop CA2-4379
Chatsworth, CA 91311

Calle Tampico 9454 Land Trust□□
c/o Free and Clear Holding Co II LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Camino Federal Credit Union
520 N. Taylor Avenue
Montebello, CA 90640

Capital Funding Group
959 South Coast Drive Suite 495
Costa Mesa, CA 92626

Certificate Holders Cwalt Inc
400 Countrywide Way SV 35
Simi Valley, CA 93065

Chase Home Finance
P.O. Box 78420
Phoenix, AZ 85062

Chase Home Finance
P.O. Box 78420
Phoenix, AZ 85062

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Chetman Drive A&B 11710 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Citibank
1000 Technology Drive
MS-504A
O'Fallon, MO 63368-2240

Citibank West
1 Sansome Drive
San Francisco, CA 94104

Citigroup Consumer Finance Inc
1000 Technology Drive
O Fallon, MO 63368

CitiMortgage Inc
P.O. Box 660065
Dallas, TX 75266

CitiMortgage Inc
P.O. Box 660065
Dallas, TX 75266

CitiMortgage Inc
P.O. Box 660065
Dallas, TX 75266

CitiMortgage Inc
P.O. Box 660065
Dallas, TX 75266

Cohasset Way 5837 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Countrywide Financial Corporation
4500 Park Granada
Calabasas, CA 91302

Countrywide Home Loans
P.O. Box 10423
Van Nuys, CA 91410

Countrywide Home Loans
P.O. Box 10423
Van Nuys, CA 91410

Countrywide Home Loans
P.O. Box 10423
Van Nuys, CA 91410

Countrywide Home Loans
P.O. Box 10423
Van Nuys, CA 91410

Countrywide Home Loans
P.O. Box 10423
Van Nuys, CA 91410

Countrywide Home Loans
P.O. Box 10423
Van Nuys, CA 91410

Daisy Street #17 3841 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Desert Willow Lane Unit B 106 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV

Dunswell Avenue 1440 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

E*Trade Bank
P.O. Box 484
Jersey City, NJ 07303

E*Trade Mortgage Corp
P.O. Box 484
Jersey City, NJ 07303

East 120th Street 408 Land Trust
c/o Free amd Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

East Austin Avenue 901 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

East California Blvd 1874 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

East Foothill Boulevard 659 Land Trust
C/O Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

East Pine Avenue 5110 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

East West Bank
135 North Los Robles 7th Fl
Pasadena, CA 91101

Eccles Street 19054 Land Trust
c/o Free and Clear Holding Co
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Everhome Mortgage Co
2112 Business Center Drive
Irvine, CA 92612

First Bank and Trust Co
P.O. Box 580
923 W. Main Street
Duncan, OK 73534

First Federal Bank of California
P.O. Box 7056
Pasadena, CA 91109

First Federal Bank of California
P.O. Box 7056
Pasadena, CA 91109

First Magnus Financial Corp.
603 N. Wilmot
Tucson, AZ 85711

Fiserv Lending Solutions
27 Inwood Road
Rocky Hill, CT 06067

Franklin American Mortgage Co
501 Corporate Centre Dr. Suite 400
Franklin, TN 37067

Gateway Bank FSB
919 Clement Street
San Francisco, CA 94118

Hanmi Bank
3660 Wilshire Blvd Suite 424
Los Angeles, CA 90010

Hanmi Bank
3660 Wilshire Blvd Suite 424
Los Angeles, CA 90010

Harrier Court 2025 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Bldg 102
#120
Las Vegas, NV 89139

Home Loan Specialists
23330 Mill Creek Drive
Laguna Hills, CA 92653

HSBC Mortgage Corp USA
P.O. Box 9068
Brandon, FL 33509

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003

IndyMac Mortgage Services
P.O. Box 4045
Kalamazoo, MI 49003

IndyMacBank
901 East 104th Street Bldg B
Kansas City, MO 64131

IndyMacBank
901 East 104th Street Bldg B
Kansas City, MO 64131

IndyMacBank
901 East 104th Street Bldg B
Kansas City, MO 64131

IndyMacBank
901 East 104th Street Bldg B
Kansas City, MO 64131

IndyMacFederalBank
888 E Walnut Street
Pasadena, CA 91101

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
7301 Baymeadows Way
Jacksonville, FL 32256

JP Morgan Chase Bank
7301 Baymeadows Way
Jacksonville, FL 32256

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

JP Morgan Chase Bank
7301 Baymeadows Way
Jacksonville, FL 32256

JP Morgan Chase Bank
7301 Baymeadows Way
Jacksonville, FL 32256

JP Morgan Chase Bank
7301 Baymeadows Way
Jacksonville, FL 32256

JP Morgan Chase Bank
P.O. Box 78420
Phoenix, AZ 85034

Kenmore Avenue 1320 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Kinecta Federal Credit Union
P.O. Box 1003
Manhattan Beach, CA 90267

Lakeland Regional Mortgage
4130 Florida Avenue
Lakeland, FL 33813

Loan Correspondents Inc
959 South Coast Drive Suite 495
Costa Mesa, CA 92626

Long Beach Mortgage Company
P.O. Box 201085
Stockton, CA 95202

Marshall Street 9222 Land Trust
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Marshall Street 9228 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Medinah Street 16279 Land Trust
c/o Free and Clear LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

MetLife Home Loans
P.O. Box 809
Memphis, TN 38101

MIT Lending
701 North Green Valley Parkway
Suite 200
Henderson, NV 89074

Morning Light Drive 3323 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Mortgage Investors Group
8320 E. Walker Springs Lane
Suite 200
Knoxville, TN 37923

Mortgage Tree Lending
P.O. Box 3406
Modesto, CA 95353

Mortgageit
1350 Demming Way 3rd floor
Middleton, WI 53562

Mortgageit
1350 Demming Way 3rd floor
Middleton, WI 53562

Mortgageit
33 Maiden Lane Sixth Floor
New York, NY 10038

Mortgageit
33 Maiden Lane Sixth Floor
New York, NY 10038

Mountain West Financial
1902 Orange Tree Lane #140
Redlands, CA 92374

MTC Financial
30 Corporate Park Suite 400
Irvine, CA 92606

National City Bank
P.O. Box 5570
Cleveland, OH 44101

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

Nevada Department Taxation
555 E. Washington Ave #1300
Las Vegas, NV 89101

NONE

NONE

North Ferger Avenue 1005 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

North Windsor Boulevard 580-582 Land Tru
c/o Free and Clear LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

OCWEN Loan
12650 Ingenuity Drive
Orlando, FL 32826

Ocwen Loan Servicing
P.O. Box 785057
Orlando, FL 32878

OneWest Bank FSB
888 E Walnut Street
Pasadena, CA 91101

OneWest Bank FSB
888 E Walnut Street
Pasadena, CA 91101

Pentagon Federal Credit Union
Box 1432
Alexandria, VA 22313

Petaluma Drive 1874 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Phoenix Funding
3 Hutton Center Drive Suite 810
Santa Ana, CA 92707

Pimlico Place 6539 Land Trust□□
c/o Free and Clear LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Pinebrook Circle 410 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Pinto Mesa Drive 594 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Plaza Home Mortgage Inc
5090 Shoreham Place #109
San Diego, CA 92112

PMC Banccorp
17800 Castleton Street #488
City of Industry, CA 91748

PNC Bank
P.O. Box 5570
Cleveland, OH 44101

Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043

Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043

Quality Loan
2141 Fifth Avenue
San Diego, CA 92101

Quality Loan
2141 Fifth Avenue
San Diego, CA 92101

Recontrust Company N.A.
2380 Performance Drive TX2-984-0407
Richardson, TX 75082

Recontrust Company NA
1800 Tapo Canyon Road
CA6-914-01-34
Simi Valley, CA 93063

Recontrust Company NA
1800 Tapo Canyon Road
CA6-914-01-34
Simi Valley, CA 93063

Recontrust Company NA
1800 Tapo Canyon Road
CA6-914-01-34
Simi Valley, CA 93063

Resmae Mortgage Corp
6 Pointe Drive
Brea, CA 92821

Richfield Boulevard 2828 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Rochelle Street 15386 Land Trust
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Saint Michael Way 785 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Secured Assets Group
4262 Blue Diamond Road Bldg 102 #211
Las Vegas, NV 89139

Sequoia Road 14362 Land Trust□□
c/o Free and clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Seventeenth Street 13080 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Sierra Pacific Mortgage Co Inc
50 Iron Point Circle Suite 200
Folsom, CA 95630

Sierra Pacific Mortgage Co Inc
50 Iron Point Circle Suite 200
Folsom, CA 95630

South Highland Avenue 1655 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Spruce Street 2455 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
San Bernardino, CA 92410

Sturrock Drive 2421 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Sun West Mortgage Company
18303 Gridley Road
Cerritos, CA 90703

Taylor Road 7508 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Trustee Corps
30 Corporate Park Suite 400
Irvine, CA 92606

Trustee Corps
2112 Business Center Drive
Irvine, CA 92612

Trustees Corp
30 Corporate Park Suite 400
Irvine, CA 92606

Twelve Oaks Boulevard 3268 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Las Vegas, NV 89139

Tyringham Road 5808 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Vianza Place 6669 Land Trust
c/o Free and Clear Holdings Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Virginia Avenue #B 2516 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Wachovia Mortgage
P.O. Box 659558
San Antonio, TX 78265

Walnut Leaf Drive #106 1525 Land Trust
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
1301 Second Avenue
Seattle, WA 98101

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Washington Mutual
2210 Enterprise Drive
Florence, SC 29501

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Bank NA
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Bank NA
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Bank NA
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Home Mortgage
P.O. Box 30427
Los Angeles, CA 90030-0427

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Home Mortgage
P.O. Box 30427
Los Angeles, CA 90030-0427

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

West 10th Street 4308 Land Trust□□
c/o Free and Clear LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

West 134th Street 4542 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

West Avenue N-3 3445 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

West California Avenue 652-654-656 LndTr
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Wilshire Credit Corporation
2141 Fifth Avenue
San Diego, CA 92101

Wind River Lane 2147 Land Trust□□
c/o Free and clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

Wisteria Street 18348 Land Trust□□
c/o Free and Clear Holding Co LLC
4262 Blue Diamond Road Building 102
Suite 120
Las Vegas, NV 89139

World Savings Bank FSB
P.O. Box 659548
San Antonio, TX 78265

# United States Bankruptcy Court
## District of Nevada

In re **Free and Clear Holding Company II LLC** Case No. ______
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Free and Clear Holding Company II LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 6, 2011**
Date

**/s/ Christina A. DiEdoardo NV BAR**
**Christina A. DiEdoardo NV BAR 9543**
Signature of Attorney or Litigant
Counsel for **Free and Clear Holding Company II LLC**

**LAW OFFICES OF CHRISTINA DiEDOARDO**
**201 Spear Street #1100**
**San Francisco, CA 94105**
**415-839-5098**
**christina@diedoardolaw.com**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com